# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAMES GEREN, | Case No.: 1:19-cv-01662-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO STAY THE PROCEEDINGS, AND GRANTING EXTENTION OF TIME TO PAY THE FILING FEE IN FULL |
| R. FISHER, et.al., | |
| Defendants. | [ECF No. 9] |

Plaintiff Randy James Geren is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request to stay the proceedings or grant an extension of time to submit the $400.00 filing fee in full, filed December 17, 2019.

The United States Supreme Court has indicated that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance. Landis v. North American Co., 299 U.S. 248, 254-55 (1936). "[T]he proponent of the stay bears the burden of establishing its needs." Clinton v. Jones, 520 U.S. 681, 706 (1997).

///

1

At this juncture, the Court finds that Plaintiff has failed to show that a stay of these proceedings is necessary. However, on the basis of good cause, the Court will grant Plaintiff thirty days to submit the filing fee in full.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to stay the proceedings is denied; and
2. Plaintiff is granted thirty (30) days from the date of service of this order to submit the $400.00 filing fee in full.

IT IS SO ORDERED.

Dated: __**December 19, 2019**__

UNITED STATES MAGISTRATE JUDGE