# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RANDY JAMES GEREN,<br><br>       Plaintiff,<br><br>   v.<br><br>R. FISHER, et.al.,<br><br>       Defendants. | Case No.: 1:19-cv-01662-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSED ON DECEMBER 5, 2019<br><br>(ECF Nos. 3, 8) |

Plaintiff Randy James Geren is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 5, 2019, the undersigned issued Findings and Recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be ordered to pay the $400.00 filing fee in full in order to proceed with this action. (ECF No. 8.) The Findings and Recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days after service. (<u>Id.</u> at 3.) Plaintiff filed objections on December 17, 2019. (ECF No. 9.) On December 20, 2019, the Court granted Plaintiff thirty additional days to pay the filing fee. (ECF No. 11.) On December 30, 2019, Plaintiff paid the $400.00 filing fee in full.

///

///

1

Accordingly, the December 5, 2019 Findings and Recommendations, (ECF No. 8), are HEREBY VACATED, and Plaintiff's application to proceed *in forma pauperis*, (ECF No. 3), is HEREBY DENIED as moot. Plaintiff is advised that his complaint will be screened in due course.

IT IS SO ORDERED.

Dated: __**December 31, 2019**__

UNITED STATES MAGISTRATE JUDGE