UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAMES GEREN,<br><br>            Plaintiff,<br><br>    v.<br><br>R. FISHER, et.al.,<br><br>            Defendants. | Case No. 1:19-cv-01662-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT<br><br>(ECF No. 25)<br><br>THIRTY DAY DEADLINE |

       Plaintiff Randy James Geren is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 8, 2020, an order issued declining to adopt findings and recommendations and granting Plaintiff thirty days in which to file a second amended complaint.  On May 27, 2020, Plaintiff filed a request for a stay of these proceedings or an extension to time to file a second amended complaint.

       By the motion, Plaintiff seeks an extension of time of thirty days, up to June 16, 2020, to file his second amended complaint because COVID-19 has caused the prison to quarantine and the prison library has been closed.  Plaintiff states that if given and extension of time he will be able to complete and file his second amended complaint.  Plaintiff has demonstrated that good cause exists to grant the request for an extension of time to file his second amended complaint and Plaintiff shall be given thirty days in which to filed his second amended complaint.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file his second amended complaint is GRANTED;

2. Plaintiff shall file his second amended complaint within **thirty (30) days** of the date of service of this order; and

3. <u>Plaintiff is advised that the failure to a second amended complaint in compliance with this order will result in the recommendation that this action be dismissed for failure to comply and failure to state a claim.</u>

IT IS SO ORDERED.

Dated: __May 28, 2020__

_____
UNITED STATES MAGISTRATE JUDGE