# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAMES GEREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. FISHER, et.al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01662-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER RECORD TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AS UNNECESSARY<br><br>(ECF No. 38) |

On December 28, 2020, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed and judgment was entered.

On January 7, 2021, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit.

Currently before the Court is Plaintiff's motion to transfer the record to the Court of Appeals, filed on April 19, 2021. Pursuant to the Ninth Circuit Rules, Plaintiff, as a pro se litigant, is not required to file an excerpt of the record. Circuit Rule 30-1.3. Plaintiff's motion is therefore DENIED.

IT IS SO ORDERED.

Dated:　**April 21, 2021**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1