1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY JAMES GEREN, | Case No. 1:19-cv-01662-DAD-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO CONDUCT AN AUDIT OF MONEY DEDUCTED FROM PRISON TRUST ACCOUNT |
| v. | |
| R. FISHER, et.al., | |
| Defendants. | (ECF No. 41) |

On December 28, 2020, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed and judgment was entered.

On January 7, 2021, Plaintiff filed a notice of appeal in the United States Court of Appeals for the Ninth Circuit.

On November 12, 2021, Plaintiff filed the instant motion requesting a court order directing the California Department of Corrections and Rehabilitation (CDCR) to conduct an audit of the money deducted from his prison trust account.

Plaintiff paid the $400.00 filing fee for this action on December 30, 2019.

On January 27, 2021, the Ninth Circuit directed Plaintiff to pay the $505.00 filing fee for the appeal or file a motion to proceed in forma pauperis.

///

1

On March 19, 2021, the Ninth Circuit granted Plaintiff's motion to proceed in forma pauperis and noted that Plaintiff must eventually pay the full amount of the filing fee and docketing fees for his appeal.

Inasmuch as Plaintiff paid the filing fee in full for this action on December 30, 2019, and the case was subsequently dismissed, this Court has no jurisdiction to order the CDCR to conduct an audit of deduction of Plaintiff's filing fees for the appeal presented to the Ninth Circuit.  Accordingly, Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated:   **November 15, 2021**

UNITED STATES MAGISTRATE JUDGE